UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 07-221-GWU

STEVIE D. METCALF, PLAINTIFF,

VS. **MEMORANDUM OPINION**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

Metcalf's counsel has filed a motion for fees under the Equal Access to Justice Act, 28 U.S.C. §2412, seeking $125.00 an hour for 28.80 hours of service.

The Commissioner challenges the propriety of charging 26.10 hours for writing the plaintiff's 16-page brief. The defendant suggests a reduction of 50 percent, citing several factors, primarily that the transcript was not lengthy at 207 pages, the legal issues raised in the brief were not novel, and that counsel for the plaintiff is highly experienced in Social Security appeals and presumably should be more efficient.

While the issues in the case were relatively uncomplicated, a detailed review and comparison of the evidence was necessary in order for counsel to reach the point that her successful arguments could be made. Such reviews are relatively time-consuming, but in the experience of the undersigned, very necessary in the typical fact-driven Social Security appeal. Due to the brevity of the transcript in this particular case, however, the court finds that some reduction in the number of hours

1

claimed is proper to a total of 20 hours for the preparation of the brief.  In addition, .30 hours for preparation of the plaintiff's unsuccessful response in opposition to the defendant's motion to remand will be disallowed.

Therefore, the court finds a total of 22.4 compensable hours at $125.00 per hour is proper, and counsel for the plaintiff will be awarded a total of $2,800.00 in fees.

This the 28th day of May, 2008.

Signed By:

*G. Wix Unthank*

United States Senior Judge